DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**REGULO A. OSORIO** and
**MARIA EUGENIA OSORIO,**
Appellants,

v.

**U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE
FOR CMLTI 2007-10**,
Appellee.

No. 4D14-934

[March 25, 2015]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Cynthia G. Imperato, Judge; L.T. Case No. CACE09-57363 (11).

Dineen Pashoukos Wasylik of DPW Legal, Tampa, for appellants.

Dean A. Morande and Michael K. Winston of Carlton Fields Jorden Burt, P.A., West Palm Beach, for appellee.

**ON CONFESSION OF ERROR**

PER CURIAM.

The Osorios appeal a final judgment of foreclosure in favor of U.S. Bank National Association ("Bank"). The Bank concedes that the evidence presented at trial was insufficient to meet its burden of proving it had standing to enforce the note at the time it filed the complaint. *See McLean v. JP Morgan Chase Bank Nat'l Ass'n*, 79 So. 3d 170, 173 (Fla. 4th DCA 2012). Because the Bank failed to prove standing, we reverse and remand for the trial court to enter an involuntary dismissal of the complaint.

*Reversed and remanded.*

CIKLIN, GERBER and LEVINE, JJ., concur.

\*      \*      \*

*Not final until disposition of timely filed motion for rehearing.*